# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY DAVIS, | NO. CV 14-1831-MMM (AS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| MULE CREEK STATE PRISON, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: July 10, 2015

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE